UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____,     Case No. C
        Plaintiff(s)

v.
    NOTICE OF SETTLEMENT OF ADA ACCESS CASE

_____,     (ADA ACCESS CASES)
        Defendant(s)

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within _____ days.

The parties have executed a written settlement agreement and exchanged signed copies.

Date:

Signed: _____
        Attorney for Plaintiff(s)

Signed: _____
        Attorney for Defendant(s)

Signed: _____
        Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*